In the Matter of the Application of THE GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO for the Appointment of Commissioners to Ascertain the Compensation to be Paid to the Owners of and Parties Interested in Certain Lands Proposed to be Taken or which may be Injured in the City of Buffalo.

ERIE RAILROAD COMPANY et al., Appellants; JOHN N. SCATCHERD, Respondent.

*Matter of Grade Crossing Comrs.*, 52 App. Div. 122, affirmed.
(Argued October 2, 1900; decided October 16, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 25, 1900, affirming an order of Special Term confirming the award made to John N. Scatcherd by the commissioners of appraisal appointed in this proceeding.

*William L. Marcy, Adelbert Moot, Frank Rumsey* and *Louis L. Babcock* for appellants.

*Herbert P. Bissell* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.